UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable J. Read Murphy, PJO
450 Main Street
Hartford
Chambers Room #125-Annex

October 15, 2003

2:00 p.m.

*held 2 hrs*

NOTICE TO COUNSEL: ALL PARTIES SHALL BE COUNSELLED BY THEIR RESPECTIVE ATTORNEYS SO AS TO BE PREPARED TO CONSIDER SETTLEMENT REASONABLY REFLECTIVE OF THE ISSUES IN THIS CASE, THE EVIDENCE BEARING THEREON, THE APPLICABLE LAW AND THE RANGE OF POSSIBLE RESULTS IN AN ADJUDICATION. EACH PARTY NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET FORTH ABOVE.

AT LEAST TWO (2) DAYS BEFORE THE CONFERENCE DATE, EACH PARTY SHALL SUBMIT TO CHAMBERS A MARKED CONFIDENTIAL EX PARTE STATEMENT OF THE FOLLOWING:

1) ALL CLAIMS; 2) FACTUAL BASIS FOR CLAIMS (INCLUDING DAMAGES); 3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR SUCCESS AND REASONS THEREFOR; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT.

3-03-cv-559  (AVC) Putnam Park Assoc v Paychex Inc

COUNSEL OF RECORD:

| | |
|---|---|
| Edward Diaz | Holland & Knight, 222 Lakeview Ave. Suite 1000, W. Palm Beach, FL |
| Michelle M. Seery | Baker O'Sullivan & Bliss PC, 100 Great Meadow Rd. Suite 100, Wethersfield, CT 860-258-1993 |
| Douglas R. Steinmetz | Pepe & Hazard, 30 Jelliff Lane, Southport, CT 203-319-4000 |
| Joseph Ward | Holland & Knight, 222 Lakeview Ave. Suite 1000, W. Palm Beach, FL |
| Jodi Lynn Zils Gagne | Pepe & Hazard, 225 Asylum Street, Hartford, CT 860-522-5175 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK