UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 OCT 14  P 12: 44

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| PUTNAM PARK ASSOCIATES,<br>         Plaintiff | CIVIL ACTION NO.<br>3:03CV559 (AVC) |
| V. | |
| PAYCHEX, INC.,<br>         Defendant | OCTOBER 14, 2003 |

### NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel, Alan Robert Baker, as additional attorney for the plaintiff, PUTNAM PARK ASSOCIATES, in the above-captioned action.

**PLAINTIFF,**
**PUTNAM PARK ASSOCIATES**

By_____
Alan Robert Baker
Federal Bar No. (ct05623)
Baker O'Sullivan & Bliss PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371
(860) 258-1993
(860) 258-1991
Its Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that on October 14, 2003, copies of the foregoing were mailed, postage prepaid, to the defendant's counsel of record as follows:

Joseph Ward, Esq.
Edward Diaz, Esq.
Holland & Knight LLP
222 Lakeview Avenue
Suite 1000
West Palm Beach, FL 33401

And a copy was mailed, postage prepaid to:

Jodi Zils Gagne, Esq.
Pepe & Hazard, LLP
Goodwin Square
225 Asylum Street
Hartford, CT  06103-4302

Alan Robert Baker (ct05623)