UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar
Honorable J. Read Murphy, PJO
450 Main Street, Hartford, CT

Chambers Room #125 - Annex

**January 21, 2004**
**2:00 p.m.**

NOTICE TO COUNSEL:  ALL PARTIES SHALL BE COUNSELED BY THEIR RESPECTIVE ATTORNEYS SO AS TO BE PREPARED TO CONSIDER SETTLEMENT REASONABLY REFLECTIVE OF THE ISSUES IN THIS CASE, THE EVIDENCE BEARING THEREON, THE APPLICABLE LAW AND THE RANGE OF POSSIBLE RESULTS IN AN ADJUDICATION.  <u>EACH PARTY NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET FORTH ABOVE.</u>

AT LEAST TWO (2) DAYS BEFORE THE CONFERENCE DATE, EACH PARTY SHALL SUBMIT TO CHAMBERS A MARKED CONFIDENTIAL EX PARTE STATEMENT OF THE FOLLOWING:

1) ALL CLAIMS; 2) FACTUAL BASIS FOR CLAIMS (INCLUDING DAMAGES); 3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR SUCCESS AND REASONS THEREFOR; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT.

<u>CASE NO. 3:03CV00559(AVC) Putnam Park Assoc. V. Paychex, Inc.</u>

A. Robert Baker
Michelle M. Seery
Baker O'Sullivan & Bliss PC
Putnam Park
100 Great Meadow Rd., Suite 100
Wethersfield, CT 06109-2355

Edward Diaz
Joseph Ward
Holland & Knight
222 Lakeview Ave., Suite 1000
W. Palm Beach, FL 33401

Douglas R. Steinmetz
Pepe & Hazard
30 Jelliff Lane
Southport, CT 06890-1436

Jodi Lynn Zils Gagne
Pepe & Hazard
Goodwin Square
225 Asylum Street
Hartford, CT 06103

```
                                      BY ORDER OF THE COURT
                                      KEVIN F. ROWE, CLERK
```