UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **PUTNAM PARK ASSOCIATES,** : | **CIVIL ACTION NO.** |
| Plaintiff : | **3:03CV559 (AVC)** |
| : | |
| V. : | |
| : | |
| **PAYCHEX, INC.,** : | |
| Defendant : | **JANUARY 8, 2004** |

### MOTION FOR EXTENSION OF TIME

Pursuant to F. R. C. P. Rule 7 and L. Civ. R. 7(b), plaintiff Putnam Park Associates hereby respectfully moves this Court for a 30-day extension of time, to and including February 9, 2004, for the parties to file a Joint Trial Memorandum in compliance with the Court's Pretrial Order dated December 8, 2003.

As and for good cause, plaintiff states that the parties have recently reached an oral agreement to settle this matter but that insufficient time remains before the current filing deadline of January 8, 2004, to finalize their agreement; and that plaintiff believes that thirty (30) days will be sufficient time to finalize an agreement and seek dismissal of this action. The parties have not previously requested any extension of time with respect to the Joint Trial Memorandum.

Movant's counsel has inquired of counsel for the defendant, and represents that there is agreement to this motion.

PUTNAM PARK ASSOCIATES,
PLAINTIFF

By *Michelle M Seery*
Michelle M. Seery (ct24101)
Baker O'Sullivan & Bliss PC
Suite 100, 100 Great Meadow Rd.
Wethersfield, CT 06109
(860) 258-1993
(860) 258-1993
Its Attorneys

## **CERTIFICATION**

      I hereby certify that on January 8, 2004, a copy of the foregoing Motion for Extension of Time was mailed, postage prepaid, to defendant's counsel of record as follows:

Edward Diaz, Esq.
Holland & Knight LLP
222 Lakeview Avenue
Suite 1000
West Palm Beach, FL 33401

Jodi Zils Gagne, Esq.
Pepe & Hazard, LLP
Goodwin Square
225 Asylum Street
Hartford, CT  06103-4302

                                                              Alan Robert Baker (ct05623)