26

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| PUTNAM PARK ASSOCIATES,<br>Plaintiff | : | CIVIL ACTION NO.<br>3:03CV559 (AVC)<br>*RKW* |
| V. | : | |
| PAYCHEX, INC.,<br>Defendant | : | JANUARY 8, 2004 |

### MOTION FOR EXTENSION OF TIME

Pursuant to F. R. C. P. Rule 7 and L. Civ. R. 7(b), plaintiff Putnam Park Associates hereby respectfully moves this Court for a 30-day extension of time, to and including February 9, 2004, for the parties to file a Joint Trial Memorandum in compliance with the Court's Pretrial Order dated December 8, 2003.

As and for good cause, plaintiff states that the parties have recently reached an oral agreement to settle this matter but that insufficient time remains before the current filing deadline of January 8, 2004, to finalize their agreement; and that plaintiff believes that thirty (30) days will be sufficient time to finalize an agreement and seek dismissal of this action. The parties have not previously requested any extension of time with respect to the Joint Trial Memorandum.

January 15, 2004.
SO ORDERED.
GRANTED.