FILED

UNITED STATES DISTRICT COURT  2004 FEB 13  P 1: 01
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| PUTNAM PARK ASSOCIATES,<br>　　　　Plaintiff | CIVIL ACTION NO.<br>3:03CV559 (AVC) |
| V. | |
| PAYCHEX, INC.,<br>　　　　Defendant | FEBRUARY 13, 2004 |

## MOTION FOR EXTENSION OF TIME
## TO FILE CLOSING PAPERS

Pursuant to F. R. C. P. Rule 7 and L. Civ. R. 7(b) and 41(b), plaintiff Putnam Park Associates hereby respectfully moves this Court for a 30-day extension of time, to and including March 15, 2004, for the parties to consummate a settlement of this matter and to file closing papers.

As grounds therefore, plaintiff states that the parties are progressing toward final settlement, but that the settlement has not yet been consummated. Plaintiff believes that thirty (30) days will be sufficient time to finalize an agreement and seek dismissal of this action.

Movant's counsel has inquired of counsel for the defendant, and represents that there is agreement to this motion.

PUTNAM PARK ASSOCIATES,
PLAINTIFF

By *(signature)*
Michelle M. Seery (ct24101)
Baker O'Sullivan & Bliss PC
Suite 100, 100 Great Meadow Rd.
Wethersfield, CT 06109
(860) 258-1993
(860) 258-1993
Its Attorneys

## CERTIFICATION

      I hereby certify that on February 13, 2004, a copy of the foregoing Motion for Extension of Time was mailed, postage prepaid, to defendant's counsel of record as follows:

Edward Diaz, Esq.
Holland & Knight LLP
222 Lakeview Avenue
Suite 1000
West Palm Beach, FL 33401


Jodi Zils Gagne, Esq.
Pepe & Hazard, LLP
Goodwin Square
225 Asylum Street
Hartford, CT  06103-4302

 

_____
Michelle M. Seery (ct24101)