UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PUTNAM PARK ASSOCIATES

    v.                                  CASE NO. 3:03CV00559(AVC)

PAYCHEX, INC.

## JUDGMENT

Counsel of record having reported to the Court on January 16, 2004 that the above-entitled case had been settled on January 15, 2004, and no closing papers having been filed to date; it is hereby

ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, this 19th day of March, 2004.

                                                                  KEVIN F. ROWE, CLERK

                                                By  /s/ JW
                                                             Jo-Ann Walker
                                                             Deputy Clerk

EOD: